## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| GRO ELISABET SILLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:07-cv-00901-KJD-LRL |
| v. | ) | |
| | ) | **MINUTE ORDER** |
| PARBALL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Dated: November 5, 2010 |

PRESENT:   THE HONORABLE LAWRENCE R. LEAVITT, United States Magistrate Judge

JUDICIAL ASSISTANT:  Carol DePino    RECORDER:               None

COUNSEL FOR PLAINTIFF(S):                 None Appearing

COUNSEL FOR DEFENDANT(S):                 None Appearing

Good cause appearing,

IT IS ORDERED that defendant's Motion for a Pretrial Conference (#92) is granted. A pretrial conference will be scheduled for **THURSDAY, NOVEMBER 18, 2010, at 10:00 A.M. (P.S.T.)**  The conference will be conducted on the telephone. Counsel will call into the court's meet-me line five minutes prior to the commencement of the conference. The meet-me line is 702-868-4911. The password in 1 2 3 4 5 6.

Defendant's Unilateral Proposed Pre-Trial Order (#91) and Motion to Submit Matter to Mediation, or in the Alternative, for a Court Supervised Settlement Conference (#93) will be addressed at the pretrial conference.

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**