# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GRO ELISABET SILLE, | |
| Plaintiff, | Case No. 2:07-CV-00901-KJD-LRL |
| v. | **ORDER** |
| PARBALL CORPORATION, *et al*., | |
| Defendants. | |

Before the Court is Defendant Parball Corporation's Ex Parte Application for an Order Shortening Time for Parball's Request for Date Certain for Testimony of Expert Witnesses John Herr, M.D. and Hugh Selznick, M.D. (#161). The Court finds good cause to shorten the time to file an opposition to Defendant Parball Corporation's Request for Date Certain for Testimony of Expert Witnesses John Herr, M.D. and Hugh Selznick, M.D. (#143). Therefore, Plaintiff shall file any responses in opposition to this Request for Date Certain no later than Monday, July 11, 2011 at 5:00 P.M.

DATED this 8th day of July 2011.

_____
Kent J. Dawson
United States District Judge