# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GRO ELISABET SILLE,              )<br>                                                      )<br>               Plaintiff,            )<br>                                                      )     2:07-cv-00901-KJD-LRL<br>v.                                                  )<br>                                                      )     **O R D E R**<br>PARBALL CORPORATION,     )<br>                                                      )<br>               Defendant.         )<br>_____) | |

Plaintiff has requested an exception under the order scheduling a settlement conference. For good cause shown,

IT IS ORDERED that the request is granted. Plaintiff is not required to physically attend the July 14, 2011 settlement conference. She will be required to be available by telephone.

DATED this 8th day of July, 2011.

*/s/ L. Leavitt*
_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**