# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GRO ELISABET SILLE, | |
| Plaintiff, | Case No. 2:07-CV-00901-KJD-LRL |
| v. | **ORDER** |
| PARBALL CORPORATION, *et al*., | |
| Defendants. | |

Before the Court is the Request for Date Certain for Testimony of Expert Witnesses John Herr, M.D. and Hugh Selznick, M.D. of Defendant Parball Corporation (#143). Plaintiff has responded (#166). Also before the Court is Plaintiff's Motion to Extend Time Regarding Dispositive Matter (#135). Defendants have responded (#142).

As noted in the Court's Order of July 8, 2011 (#164), the Court will not grant a continuance in this matter. The Motion to Extend time is denied.

Defendant Parball Corporation has requested that Dr. Herr testify on Friday, July 29, 2011, and that Dr. Selznick testify on the morning of Thursday, July 28, 2011. Plaintiff has stated that she has no objection to Defendant Parball's request.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend time Regarding Dispositive Matter (#135) is **DENIED.**

**IT IS FURTHER ORDERED** that Defendant Parball's Request for Date Certain for Testimony of Expert Witnesses John Herr, M.D. and Hugh Selznick M.D. of Defendant Parball Corporation (#143) is **GRANTED** as requested**.**

DATED this 12th day of July 2011.

_____
Kent J. Dawson
United States District Judge