1
2   J. WILLIAM EBERT
    Nevada Bar No. 2697
3   SMITH, CURRIE & HANCOCK LLP
    1160 Town Center Drive, Suite 250
4   Las Vegas, Nevada  89144
    Telephone:    702-228-9400
5   *Counsel for Defendant, Parball Corporation dba*
    *Flamingo Las Vegas*
6
7              **IN THE UNITED STATES DISTRICT COURT**
8                   **FOR THE DISTRICT OF NEVADA**
9   **GRO ELISABET SILLE,**            )
            **Plaintiff,**             )   **CASE NO.: 2:07-CV-00901-KJD-LRL**
10                                     )
    **vs.**                            )
11                                     )            **JOINT REQUEST FOR**
    **PARBALL CORPORATION,**           )   **ADDITIONAL TIME TO SUBMIT**
12  **d/b/a THE FLAMINGO LAS VEGAS AND** )   **SETTLEMENT DOCUMENTS**
    **PARBALL CORPORATION, d/b/a THE** )   **(FIRST REQUEST FOR ADDITONAL**
13  **FLAMINGO HILTON HOTEL AND CASINO,** )   **TIME TO SUBMIT SETTLMENT**
    **DOES I through XX, and  ROE**    )            **DOCUMENTS)**
14  **CORPORATIONS I through XX,**     )
            **Defendants.**            )
15                                     )
16  _____   )

17        IT IS HEREBY JOINTLY REQUESTED by Defendants PARBALL CORPORATION,

18  d/b/a THE FLAMINGO LAS VEGAS AND PARBALL CORPORATION d/b/a THE FLAMINGO

19  HILTON HOTEL AND CASINO, (incorrectly named in the caption herein as PARBALL

20  CORPORATION, d/b/a THE FLAMINGO LAS VEGAS AND PARBALL CORPORATION, d/b/a

21  THE FLAMINGO HILTON HOTEL AND CASINO), and Plaintiff, GRO ELISABET SILLE by

22  and through their respective attorneys of record, that the Court extend the time for the parties to

23  submit settlement documents, including but not limited to a Stipulation to dismiss this matter in

24  conformance with the settlement reached herein.

25        The Stipulation for dismissal is presently due on Wednesday, August 3, 2011. This is the

26  first request for additional time to submit settlement documents.

27

28

The reason for delay in submitting the Stipulation for dismissal is that a number of liens have been asserted on the settlement proceeds, including an attorney's lien filed last week. Because of the outstanding claimed liens, Plaintiff's counsel is preparing a request to implead the settlement funds into the Court in order so that the Court can determine the distribution of the settlement funds. Parball has likewise been considering such an interpleader.

In addition, such an interpleader will require appropriate provisions to protect the confidentiality of the parties' settlement agreement.

Based on the above, the parties request that the Court allow until August 17, 2011 for the filing of an appropriate request to implead the settlement funds and serve notice on the lien claimants.

DATED this 1st day of August, 2011.

SMITH, CURRIE & HANCOCK LLP

 /s/  J. William Ebert
J. William Ebert, Esq.
Nevada Bar No. 2697
1160 Town Center Drive, Suite 250
Las Vegas, NV  89144
*Counsel for Defendant*

DATED this 1st day of August, 2011.

HANRATTY LAW GROUP

 /s/ Kevin M. Hanratty
Kevin M. Hanratty, Esq.
Nevada Bar No. 7734
500 South Rancho Drive, Suite A3
Las Vegas, NV 89106
*Counsel for Plaintiff*

DATED this 1st day of August, 2011.

STEPHEN D. CHAKWIN, JR.

 /s/ Stephen D. Chakwin, Jr.
Stephen D. Chakwin, Jr., Esq.
New York Bar No. 1422500
80 Wall St., Suite 910
New York, New York 10005
*Counsel for Plaintiff*

**IT IS SO ORDERED:**

U.S. MAGISTRATE JUDGE
Dated: ____ 8-5-11

1

2

Submitted by:
SMITH, CURRIE & HANCOCK LLP

3

4

5

6

  /s/ J. William Ebert
J. WILLIAM EBERT
Nevada Bar No. 2697
1160 Town Center Drive, Suite 250
Las Vegas, Nevada   89144
*Attorney for Defendant*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28