# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GRO ELISABET SILLE,

     Plaintiff,

v.

PARBALL CORPORATION, *et al*.,

     Defendants.

Case No. 2:07-CV-00901-KJD-LRL

**ORDER**

     Before the Court is the Parties' Joint Request for Additional Time to Submit Settlement Documents (#180).  The Stipulation for dismissal was originally due on August 17, 2011.  The Parties now request a four-week extension until September 14, 2011 for the filing of the Stipulation for dismissal and a request to interplead the settlement funds and serve notice on the lien claimants.  Based on the cause shown, the Court will grant this request, but no further extensions will be granted.

**IT IS SO ORDERED**.

     DATED this 18th day of August 2011.


_____
Kent J. Dawson
United States District Judge