# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GRO ELISABET SILLE,

    Plaintiff,

v.

PARBALL CORPORATION, *et al*.,

    Defendants.

Case No. 2:07-CV-00901-KJD-LRL

**ORDER**

    Before the Court is the Motion for Leave to File by Defendant Parball Corporation (#182). Plaintiff filed a declaration relating to the Motion (#184) and Defendant filed a reply (#186).

    The parties in this case settled on July 14, 2011. Defendant seeks leave to amend its Amended Answer (#66) to include a third-party complaint and counterclaim seeking interpleader relief. It does not appear that Plaintiff has an objection to the filing of an interpleader action. However, it is not certain where the parties will be litigating entitlement to the settlement proceeds since Plaintiff has indicated a desire to litigate the issue in New York state court.

    Accordingly, Defendant's Motion (#182) is denied. It is ordered that Defendant deposit the settlement funds with the Clerk of Court in this District pending commencement of an action to determine distribution of the funds. Upon deposit of the full settlement amount with the Clerk, Plaintiff will comply with the requirements of the settlement agreement and Defendant will be released from further liability.

    **IT IS SO ORDERED.**

    DATED this 30th day of September 2011.

_____
Kent J. Dawson
United States District Judge