1  J. WILLIAM EBERT
2  Nevada Bar No. 2697
   SMITH, CURRIE & HANCOCK LLP
3  1160 Town Center Drive, Suite 250
   Las Vegas, Nevada  89144
4  Telephone:   702-228-9400
   *Counsel for Defendant, Parball Corporation dba*
5  *Flamingo Las Vegas*

6
                    IN THE UNITED STATES DISTRICT COURT
7
                          FOR THE DISTRICT OF NEVADA
8

9  GRO ELISABET SILLE,                )
            Plaintiff,                 )   CASE NO.: 2:07-CV-00901-KJD-LRL
10                                     )
   vs.                                 )
11                                     )   STIPULATION AND ORDER FOR
   PARBALL CORPORATION,                )   DISMISSAL WITH PREJUDICE
12 d/b/a THE FLAMINGO LAS VEGAS AND    )
   PARBALL CORPORATION, d/b/a THE     )
13 FLAMINGO HILTON HOTEL AND CASINO, )
14 DOES I through XX, and  ROE         )
   CORPORATIONS I through XX,          )
15         Defendants.                 )
                                       )
16 _____

17   IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Gro Elisabet

18 Sille, and Defendant PARBALL CORPORATION, d/b/a THE FLAMINGO LAS VEGAS

19 (incorrectly named in the caption herein as PARBALL CORPORATION, d/b/a THE FLAMINGO

20 LAS VEGAS AND PARBALL CORPORATION, d/b/a THE FLAMINGO HILTON HOTEL AND

21 CASINO) that the entire above-captioned matter including all claims of whatever nature, shall be

22
23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

dismissed with prejudice, each party to bear its own fees and costs.

DATED this 18+l day of November, 2011.    DATED this 21 day of November, 2011.

SMITH, CURRIE & HANCOCK LLP             HANRATTY LAW GROUP

_____        _____
J. William Ebert                        Kevin M. Hanratty
Nevada Bar No. 2697                     Nevada Bar No. 7734
1160 Town Center Drive, Suite 250       500 South Rancho Drive, Suite A3
Las Vegas, NV 89144                     Las Vegas, NV 89106
*Counsel for Defendant*                 *Counsel for Plaintiff*


**IT IS SO ORDERED:**

_____
DISTRICT JUDGE
Dated: 11/29/11

Submitted by:
SMITH, CURRIE & HANCOCK LLP

_____
J. WILLIAM EBERT
Nevada Bar No. 2697
1160 Town Center Drive, Suite 250
Las Vegas, Nevada   89144
*Attorney for Defendant*