J. WILLIAM EBERT
Nevada Bar No. 2697
SMITH, CURRIE & HANCOCK LLP
1160 Town Center Drive, Suite 250
Las Vegas, Nevada   89144
Telephone:     702-228-9400
*Counsel for Defendant, Parball Corporation dba*
*Flamingo Las Vegas*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GRO ELISABET SILLE,<br>            Plaintiff,<br><br>vs.<br><br>PARBALL CORPORATION,<br>d/b/a THE FLAMINGO LAS VEGAS AND<br>PARBALL CORPORATION, d/b/a THE<br>FLAMINGO HILTON HOTEL AND CASINO,<br>DOES I through XX, and  ROE<br>CORPORATIONS I through XX,<br>            Defendants. | CASE NO.: 2:07-CV-00901-KJD-LRL<br><br>STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Gro Elisabet

Sille, and Defendant PARBALL CORPORATION, d/b/a THE FLAMINGO LAS VEGAS

(incorrectly named in the caption herein as PARBALL CORPORATION, d/b/a THE FLAMINGO

LAS VEGAS AND PARBALL CORPORATION, d/b/a THE FLAMINGO HILTON HOTEL AND

CASINO) that the entire above-captioned matter including all claims of whatever nature, shall be

/ / /

/ / /

/ / /

/ / /

/ / /

dismissed with prejudice, each party to bear its own fees and costs.

DATED this 18th day of November, 2011.

SMITH, CURRIE & HANCOCK LLP

J. William Ebert
Nevada Bar No. 2697
1160 Town Center Drive, Suite 250
Las Vegas, NV 89144
*Counsel for Defendant*

DATED this 21 day of November, 2011.

HANRATTY LAW GROUP

Kevin M. Hanratty
Nevada Bar No. 7734
500 South Rancho Drive, Suite A3
Las Vegas, NV 89106
*Counsel for Plaintiff*

**IT IS SO ORDERED:**

_____
DISTRICT JUDGE
Dated: 11/29/11

Submitted by:
SMITH, CURRIE & HANCOCK LLP

J. WILLIAM EBERT
Nevada Bar No. 2697
1160 Town Center Drive, Suite 250
Las Vegas, Nevada 89144
*Attorney for Defendant*