# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| GRO EILSABET SILLE, | 2:07-cv-00901-KJD-VCF |
| Plaintiff, | **MINUTE ORDER** |
| vs. | |
| PARBALL CORPORATION, *et al.,* | |
| Defendants. | |

Before the Court are Intervenors American Legal Funding, LLC and ALFund Prime LLC's Motion to Intervene (#197) and Preferred Capital Lending of Nevada, LLC's Motion to Intervene (#199).

IT IS HEREBY ORDERED that a status hearing is scheduled for 11:00 a.m., Friday, September 21, 2012 in Courtroom 3C.

DATED this 29th day of August, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE