# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| GRO EILSABET SILLE, | 2:07-cv-00901-KJD-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| PARBALL CORPORATION, *et al.*, | [Plaintiff's Emergency Motion to Permit Appearance of New York Counsel by Telephone for September 21, 2012 Status Conference (#206)] |
| Defendants. | |

Before the Court is Plaintiff's Emergency Motion to Permit Appearance of New York Counsel by Telephone for September 21, 2012 Status Conference (#206).

IT IS HEREBY ORDERED that Plaintiff's Emergency Motion to Permit Appearance of New York Counsel by Telephone for September 21, 2012 Status Conference (#206) is granted and Mr. Stephen Chakwin may appear telephonically. The call in number is 1-702-868-4911, the passcode is 123456.

DATED this 20th day of September, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE