ELAN S. MIZRAHI, ESQ.
Nevada Bar No. 7450
**JENNINGS, HAUG & CUNNINGHAM, L.L.P.**
2800 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-1049
Telephone:  602-234-7800
Facsimile:    602-277-5595
E-mail:  esm@jhc-law.com

DAVID J. RIVERS, ESQ.
Nevada Bar No. 0384
**LEAVITT, SULLY & RIVERS**
601 E. Bridger Avenue
Las Vegas, Nevada 89101
Telephone:  702-382-5111
Facsimile:    702-382-2892
E-mail:  djr@lsrlaw.net

Attorneys for Intervenor Plaintiffs
    American Legal Funding, LLC
    and ALFund Prime LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GRO ELISABET SILLE,<br><br>             Plaintiff,<br><br>vs.<br><br>PARBALL CORPORATION, et al.,<br><br>             Defendants. | Case No.: 2:07-CV-00901-KJD-VCF<br><br>**ACCELERATED MOTION FOR LEAVE TO SEND NOTICES** |

Intervenor Plaintiffs American Legal Funding, LLC and ALFund Prime LLC (collectively, "ALF"), by and through counsel undersigned, hereby move, on an accelerated basis, for leave to send notices to interested parties as certified by the various attorneys for Plaintiff Gro Elisabet Sille ("Sille"), the settling party.  The deadline to send notices was yesterday pursuant to this Court's Order of October 18, 2012 (Doc. 216), but until yesterday, only Attorneys Daniel Crupain and Kevin Hanratty had filed their Certifications (Doc. 218 and Doc. 219, respectively) on October 19, 2012 and October 29, 2012, respectively, and neither of those attorneys certified that they had any dealings with potentially interested

1 parties.[1]  Yesterday afternoon, Attorney Stephen Chakwin filed his Certification (Doc. 226)
2 in which he identified eight potentially interested parties.  Counsel undersigned was in a
3 deposition yesterday afternoon when the filing occurred and did not have a reasonable
4 opportunity to get out the notices.  Counsel undersigned will mail the notices out today.

      Based upon Mr. Chakwin's filing of his certification yesterday, and the fact that this Court's Order (Doc. 216) contemplated that ALF would have 60 days to send the notices, ALF respectfully requests leave to mail the notices today whereas the technical deadline was yesterday.

DATED this 19th day of December, 2012.

JENNINGS, HAUG & CUNNINGHAM, L.L.P.

/s/ Elan S. Mizrahi
ELAN S. MIZRAHI, ESQ.
Nevada Bar No. 7450
2800 N. Central Avenue, Suite 1800
Phoenix, AZ  85004-1049
(602) 234-7800
Attorneys for Intervenor Plaintiffs
American Legal Funding, LLC and
ALFund Prime LLC

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: __12-18-2012

---

[1] Attorney Hanratty filed an Amended Certification on November 30, 2012 stating that he was contacted by an entity that loaned $2,000 to Sille (Doc. 225).

2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of Jennings, Haug & Cunningham, L.L.P., and that on December 19, 2012, I e-filed the foregoing document through the CM/ECF program entitled **ACCELERATED MOTION FOR LEAVE TO SEND NOTICES**, and the Court will make service of said document to the following CM/ECF registered user(s) through the CM/ECF program:

Daniel Crupain
dcrupain@aol.com
Attorney for Plaintiff Gro Elisabet Sille

Kevin M. Hanratty
kevinh@lvinjurylawfirm.com
Attorney for Plaintiff Gro Elisabet Sille

Stephen D. Chakwin, Jr.
schakwin@gmail.com
Attorney for Plaintiff Gro Elisabet Sille

Khianna Bartholomew
kbartholomew@fkks.com
Attorney for Interested Party
Stephen D. Chakwin, Jr.

Don P. Chairez
chairez@lawyer.com
Attorney for Interested Party
Stephen D. Chakwin, Jr.

Sean K. Claggett
William T. Sykes
sclaggett@claggettlaw.com
wsykes@claggettlaw.com
Attorneys for Intervenor
Preferred Capital Lending of Nevada, LLC

/s/ T. Kido
T. Kido

4309-2 tk