1

ELAN S. MIZRAHI, ESQ.
Nevada Bar No. 7450

2

**JENNINGS, HAUG & CUNNINGHAM, L.L.P.**
2800 North Central Avenue, Suite 1800

3

Phoenix, Arizona 85004-1049
Telephone:   602-234-7800

4

Facsimile:    602-277-5595
E-mail:  esm@jhc-law.com

5

6

DAVID J. RIVERS, ESQ.
Nevada Bar No. 0384

**LEAVITT, SULLY & RIVERS**

7

601 E. Bridger Avenue
Las Vegas, Nevada 89101

8

Telephone:   702-382-5111
Facsimile:    702-382-2892

9

E-mail:  djr@lsrlaw.net

10

Attorneys for Intervenor Plaintiffs
     American Legal Funding, LLC

11

     and ALFund Prime LLC

12

13

## UNITED STATES DISTRICT COURT

14

## DISTRICT OF NEVADA

15

GRO ELISABET SILLE,

Case No.: 2:07-CV-00901-KJD-VCF

16

                         Plaintiff,

**ACCELERATED MOTION FOR
LEAVE TO SEND NOTICES**

17

vs.

18

PARBALL CORPORATION, et al.,

19

                         Defendants.

20

21

    Intervenor Plaintiffs American Legal Funding, LLC and ALFund Prime LLC

22

(collectively, "ALF"), by and through counsel undersigned, hereby move, on an accelerated

23

basis, for leave to send notices to interested parties as certified by the various attorneys for

24

Plaintiff Gro Elisabet Sille ("Sille"), the settling party.  The deadline to send notices was

25

yesterday pursuant to this Court's Order of October 18, 2012 (Doc. 216), but until yesterday,

26

only Attorneys Daniel Crupain and Kevin Hanratty had filed their Certifications (Doc. 218

27

and Doc. 219, respectively) on October 19, 2012 and October 29, 2012, respectively, and

28

neither of those attorneys certified that they had any dealings with potentially interested

1  parties.[1]  Yesterday afternoon, Attorney Stephen Chakwin filed his Certification (Doc. 226)

2  in which he identified eight potentially interested parties.  Counsel undersigned was in a

3  deposition yesterday afternoon when the filing occurred and did not have a reasonable

4  opportunity to get out the notices.  Counsel undersigned will mail the notices out today.

5       Based upon Mr. Chakwin's filing of his certification yesterday, and the fact that this

6  Court's Order (Doc. 216) contemplated that ALF would have 60 days to send the notices,

7  ALF respectfully requests leave to mail the notices today whereas the technical deadline

8  was yesterday.

9       DATED this 19th day of December, 2012.

10       JENNINGS, HAUG & CUNNINGHAM, L.L.P.

11

12  /s/ Elan S. Mizrahi
     ELAN S. MIZRAHI, ESQ.

13  Nevada Bar No. 7450
     2800 N. Central Avenue, Suite 1800

14  Phoenix, AZ  85004-1049
     (602) 234-7800

15  Attorneys for Intervenor Plaintiffs
     American Legal Funding, LLC and

16  ALFund Prime LLC

17

18

19

20  IT IS SO ORDERED.

21

22  UNITED STATES MAGISTRATE JUDGE

23  DATED: ___ 12-18-2012

24

25

26

27

---

28  [1]  Attorney Hanratty filed an Amended Certification on November 30, 2012 stating that he was contacted by an entity that loaned $2,000 to Sille (Doc. 225).

1

**CERTIFICATE OF SERVICE**

2      Pursuant to FRCP 5(b), I hereby certify that I am an employee of Jennings, Haug &

3 Cunningham, L.L.P., and that on December 19, 2012, I e-filed the foregoing document

4 through the CM/ECF program entitled **ACCELERATED MOTION FOR LEAVE TO**

5 **SEND NOTICES**, and the Court will make service of said document to the following

6 CM/ECF registered user(s) through the CM/ECF program:

7      Daniel Crupain
       dcrupain@aol.com
8      Attorney for Plaintiff Gro Elisabet Sille

9      Kevin M. Hanratty
       kevinh@lvinjurylawfirm.com
10     Attorney for Plaintiff Gro Elisabet Sille

11     Stephen D. Chakwin, Jr.
       schakwin@gmail.com
12     Attorney for Plaintiff Gro Elisabet Sille

13     Khianna Bartholomew
       kbartholomew@fkks.com
14     Attorney for Interested Party
       Stephen D. Chakwin, Jr.
15
       Don P. Chairez
16     chairez@lawyer.com
       Attorney for Interested Party
17     Stephen D. Chakwin, Jr.

18     Sean K. Claggett
       William T. Sykes
19     sclaggett@claggettlaw.com
       wsykes@claggettlaw.com
20     Attorneys for Intervenor
       Preferred Capital Lending of Nevada, LLC
21

22
                                  /s/ T. Kido
23                                T. Kido

24     4309-2 tk

25

26

27

28

3