# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| GRO EILSABET SILLE, | 2:07-cv-00901-KJD-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| PARBALL CORPORATION, *et al.,* | |
| Defendants. | |

Before the Court is Stephen Chakwin's Motion to Appear Telephonically at Hearing Set for July 9, 2013 at 10:00 a.m. (#254).

Accordingly, for good cause appearing,

IT IS HEREBY ORDERED that Stephen Chakwin's Motion to Appear Telephonically at Hearing Set for July 9, 2013 at 10:00 a.m. (#254) is GRANTED. Mr. Chakwin and his counsel, Ronald C. Minkoff, Esq., may appear telephonically at the July 9, 2013 hearing. The call in number is 1-702-868-4911, passcode 123456.

DATED this 2nd day of July, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE