ELAN S. MIZRAHI, ESQ.
Nevada Bar No. 7450
**JENNINGS, HAUG & CUNNINGHAM, L.L.P.**
2800 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-1049
Telephone:   602-234-7800
Facsimile:     602-277-5595
E-mail:  esm@jhc-law.com

GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
**PEZZILLO LLOYD**
6725 Via Austi Parkway, Suite 290
Las Vegas, Nevada 89119
Telephone:   702-233-4225
Facsimile:     702-233-4252
E-mail:  grobinson@pezzillolloyd.com

Attorneys for Intervenor Plaintiffs
     American Legal Funding, LLC
     and ALFund Prime LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GRO ELISABET SILLE,<br><br>           Plaintiff,<br><br>vs.<br><br>PARBALL CORPORATION, et al.,<br><br>           Defendants. | Case No.: 2:07-cv-00901-KJD-VCF<br><br>**ORDER** |

Pursuant to this Court's Order of September 30, 2013 granting American Legal Funding, LLC and ALFund Prime LLC's Motion for Disbursement of Funds (Doc. 259) in the amount of $49,378.26 (Doc. 277), IT IS HEREBY ORDERED directing the Clerk of this Court to immediately disburse to American Legal Funding, LLC and ALFund Prime LLC, jointly, c/o Elan S. Mizrahi, Esq., Jennings, Haug & Cunningham, L.L.P., 2800 North Central

/ / /

/ / /

/ / /

Avenue, Suite 1800, Phoenix, Arizona 85004-1049, the sum of $49,378.26 from the interpleader funds held by the Court in conjunction with this case.

DATED this 15th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE