DANIEL CRUPAIN, ESQ.,
225 Broadway, Suite 2700
New York, New York 10007
Telephone No.: 212-529-4000
Fax No.: 212-406-6890
Email: Dcrupain@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GRO ELISABET SILLE,<br><br>    Plaintiff,<br><br>vs.<br><br>PARBALL CORPORATION, d/b/a<br>THE FLAMINGO LAS VEGAS AND<br>PARBAL CORPORATION, d/b/a THE<br>FLAMINGO HILTON HOTEL AND<br>CASINO, DOES 1 through XX, and ROE<br>CORPORATIONS 1 through XX,<br><br>    Defendants. | CASE NO.: 2:07-CV-00901-KJD-VCF<br><br>PROPOSED ORDER FOR DISBURSEMENT<br>OF THE SUM OF $62,000.00 FROM THE<br>FUNDS ON DEPOSIT WITH THE CLERK<br>OF THE COURT IN ACCORDANCE WITH<br>THE ORDER OF THE COURT (273) |

Daniel Crupain, hereby submits a Proposed Order directed to the Clerk of the United States District Court for the District of Nevada to disburse the sum of $62,000 from the proceeds on deposit in the above entitled case to Daniel Crupain in accordance with the Decision and Order of this Court (273) dated September 27, 2013, granting the motion of Daniel Crupain for payment of said sum.

Dated this 30th of September, 2013.

                                    /s/ Daniel Crupain

                              DANIEL CRUPAIN
                              LAW OFFICES OF DANIEL CRUPAIN
                              225 Broadway, Suite 2700
                              New York, New York 10007
                              Telephone No.: 212-529-4000
                              Fax No.:  212-406-6890
                              Email:   Dcrupain@aol.com
                              Pro Se

DANIEL CRUPAIN, ESQ.,
225 Broadway, Suite 2700
New York, New York 10007
Telephone No.: 212-529-4000
Fax No.: 212-406-6890
Email: Dcrupain@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GRO ELISABET SILLE,<br><br>Plaintiff,<br><br>vs.<br><br>PARBALL CORPORATION, d/b/a THE FLAMINGO LAS VEGAS AND PARBAL CORPORATION, d/b/a THE FLAMINGO HILTON HOTEL AND CASINO, DOES 1 through XX, and ROE CORPORATIONS 1 through XX,<br><br>Defendants. | CASE NO.: 2:07-CV-00901-KJD-VCF<br><br>ORDER FOR THE DISBURSEMENT OF THE SUM OF $62,000.00 FROM THE FUNDS ON DEPOSIT WITH THE CLERK OF THE COURT IN ACCORDANCE WITH THE ORDER OF THE COURT (273) TO DANIEL CRUPAIN |

The Court having rendered a Decision and issued an Order (273) dated September 27, 2013, granting attorney Daniel Crupain's ("Crupain") Motion for an Order of Payment (258) in the sum of $62,000.00 to Daniel Crupain, **IT IS HEREBY ORDERED** that the Clerk of the United States District Court for the District of Nevada issue payment from the moneys on deposit with the Clerk of the said Court in the above captioned case, disbursing to Daniel Crupain, 225 Broadway, Suite 2700, New York, NY 10007, the sum of $62,000.00.

Dated this 16th Day of October, 2013

Kent J. Dawson
United States District Judge