# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GRO ELISABET SILLE,

    Plaintiff,

v.

PARBALL CORPORATION, *et al.*,

    Defendants.

Case No. 2:07-CV-00901-KJD-VCF

**ORDER**

    Before the Court is Hanratty Law Group's Motion for an Order of Payment (#295). This motion concerns the contingency fee portion of the settlement of the underlying matter. All but $75,000 has been distributed previously (## 273, 277). It appears that this amount is due Hanratty Law Group, and no other party has claimed any interest in these funds. Further, Plaintiff has submitted an affidavit supporting the payment of this amount to the Hanratty Law Group.

    Accordingly, **IT IS HEREBY ORDERED** that $75,000 be **DISBURSED** to Hanratty Law Group, exhausting the contingency fee portion of the settlement deposited with the Court. The Court declines to award the requested $3,992.60 in costs, preferring to allocate the remaining funds in a single order upon resolution of the dispute over settlement proceeds.

    DATED this 9th day of December 2013.

_____
Kent J. Dawson
United States District Judge