**HANRATTY LAW GROUP**
Kevin M. Hanratty, Esq.
Nevada Bar No. 007734
1815 Village Center Circle, Ste. #140
Las Vegas, Nevada 89134
Phone: (702) 821-1379
Fax:    (702) 870-1846
Email: kevinh@lvinjurylawfirm.com

Attorneys for Plaintiff, Gro Elisabet Sille

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GRO ELISABET SILLE,<br><br>    Plaintiff,<br><br>vs.<br><br>PARBALL CORPORATION, d/b/a THE FLAMINGO LAS VEGAS AND PARBALL CORPRATION, d/b/a THE FLAMINGO HILTON HOTEL AND CASINO, DOES I through XX, ROE CORPRATIONS I through XX.<br><br>    Defendants. | Case No.:   2:07-CV-00901-KJD-LRL<br><br>**ORDER FOR DISBURSEMENT OF $117,500.00 FROM THE FUNDS ON DEPOSIT WITH THE CLERK OF COURT** |

IT IS HEREBY STIPULATED by and between Plaintiff, Gro Elisabet Sille, by and through her counsel of record, Kevin M. Hanratty, Esq., of HANRATTY LAW GROUP, and Defendant, LAWSUIT FINANCIAL CORP., by and through their counsel of record, Brian D. Nettles, Esq., of NETTLES LAW FIRM, that the Clerk of this Court is hereby directed to disburse the sum of $117,500.00 from the interpleaded proceeds on deposit in the above entitled case to NETTLES LAW FIRM client trust account for the benefit of its client, LAWSUIT FINANCIAL CORP., said funds representing $117,500.00 as a full and final settlement of the Proof of Claim of LAWSUIT FINANCIAL CORP. [Document No. 236]

1

filed herein on January 29, 2013.  The settlement funds, namely $117,500.00 as a full and final settlement of the Proof of Claim of LAWSUIT FINANCIAL CORP. [Document No. 236], should be made payable to "Lawsuit Financial Corp. and Raul J. Sloezen, Esq.".

This Stipulation and Order is in full and complete satisfaction of the Proof of Claim heretofore filed in these proceedings by LAWSUIT FINANCIAL CORP.  SILLE and LAWSUIT FINANCIAL CORP. hereby release any and all other claims against each other, with each party to pay their own costs, attorneys' fees and interest incurred herein.

DATED this __18__ day of July, 2014.

HANRATTY LAW GROUP

By: _____
Kevin M. Hanratty, Esq.
Nevada Bar No. 007734
1815 Village Center Circle, Ste. #140
Las Vegas, Nevada 89134
Attorneys for Plaintiff, Gro Elisabet Sille

DATED this __26TH__ day of June, 2014.

NETTLES LAW FIRM

By: _____
Brian D. Nettles, Esq.
Nevada Bar No. 007462
1389 Galleria Drive, Suite 110
Henderson, Nevada 89014
Attorneys for Lawsuit Financial Corp.

2

## ORDER

**IT IS HEREBY ORDERED** that the Clerk of the United States District Court for the District of Nevada issue payment from the monies on deposit with the Clerk of said Court in the above captioned case, disbursing to the NETTLES LAW FIRM client trust account for the benefit of its client, LAWSUIT FINANCIAL CORP., 1389 Galleria Drive, Suite 110, Henderson, Nevada 89014, the sum of $117,500.00 as a full and final settlement of the Proof of Claim of LAWSUIT FINANCIAL CORP. [Document No. 236] filed herein on January 29, 2013 and such settlement funds should be made payable to "Lawsuit Financial Corp. and Raul J. Sloezen, Esq.".

DATED this __21st__ day of July, 2014.

_____
KENT J. DAWSON
United States District Judge