UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GRO ELISABET SILLE,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>PARBALL CORPORATION, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:07-CV-901-KJD-VCF<br><br>ORDER |

Before the Court is Plaintiff Sille's Unopposed Motion for Order for Final Disbursal of Settlement Funds (#319). However, under Local Rule 6-2 such motions "shall include . . . a signature block on which the Court . . . can endorse approval of the relief sought." Additional requirements are found in the Rule.

Accordingly, Plaintiff is **HEREBY ORDERED** to refile a corrected version of the motion. It is **FURTHER ORDERED** that all parties shall show cause, if any, why relief should not be provided as outlined in Plaintiff's motion (#319). Such responses shall be filed on or before August 13, 2014. Failure to file on or before this date will constitute consent to the proposed disbursal.

DATED this 1st day of August 2014.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Kent J. Dawson
　　　　　　　　　　　　　　　　　　　United States District Judge