UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GRO ELISABET SILLE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PARBALL CORPORATION, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:07-CV-901-KJD-VCF<br><br>ORDER |

Before the Court is Plaintiff Sille's Motion for Disbursement of Funds (#321). The Court's prior order (#320) ordered all parties to show cause, if any, why funds should not be disbursed as provided in Plaintiff Sille's Motion. Any such filing was to be made on or before August 13, 2014.

No such filings have been made. Accordingly, the Court **HEREBY ORDERS** the Clerk to make a final and full disbursal of the funds deposited in this case as follows:

　　　Del Barrello & Lombardo Lawsuit Lenders:　　　$3,500.00
　　　NY Health and Synergy Rejuvenation Plus, Inc.:　　$5,500.00
　　　Hanratty Law Group:　　　　　　　　　　　　$3,992.60
　　　The balance to Plaintiff Gro Elisbet Sille:　　　　$235,129.14

DATED this 18th day of August 2014.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Kent J. Dawson
　　　　　　　　　　　　　　　　　　　　United States District Judge