UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

GRO ELISBET SILLE,

           Plaintiff,

v.

PARBALL CORPORATION, et al.,

           Defendants.

Case No. 2:07-CV-901-KJD-VCF

ORDER

In harmony with Federal Rule of Civil Procedure 58, and at the request of intervenor plaintiffs Americal Legal Funding, LLC and ALFund Prime LLC (#323), the Court hereby **GRANTS** the motion (#323) and enters its order of **FINAL JUDGMENT** in harmony with the disbursals already ordered by this Court.

| | |
|---|---|
| Del Barrello & Lombardo Lawsuit Lenders: | $3,500.00 |
| NY Health and Synergy Rejuvenation Plus, Inc.: | $5,500.00 |
| Hanratty Law Group: | $78,992.60 |
| Gro Elisbet Sille: | $235,129.14 |
| Lawsuit Financial Corp: | $117,500.00 |
| Bridgefund: | $23,000.00 |
| Daniel Crupain: | $62,000.00 |
| American Legal Funding, LLC and ALFund Prime LLC: | $49, 378.26 |

DATED this 17th day of September 2014.

_____
Kent J. Dawson
United States District Judge